1

2

3                                                          **\*E-Filed 7/1/09\***

4

5

6

7                                  UNITED STATES DISTRICT COURT

8                                  NORTHERN DISTRICT OF CALIFORNIA

9

10   PAULA CORNEJO GOMES,                          No. 5:09 CV 2340  RS

11              Plaintiff,                          **ORDER VACATING SHOW CAUSE
                                                    HEARING AND MOTION HEARING**
12        v.

13   SILVER STATE MORTGAGE, a Nevada
     Corporation; FIDELITY NATIONAL TITLE
14   INSURANCE COMPANY; MORTGAGE
     ELECTRONIC REGISTRATION SYSTEMS;
15   OLD REPUBLIC DEFAULT
     MANAGEMENT COMPANY; and DOES 1
16   through 50, inclusive,

17              Defendants.
     _____/
18

19        **THIS MATTER** is before the Court on a notice of motion and motion to remand filed by

20   defendant Mortgage Electronic Registration Systems (MERS).  MERS has also filed a response to

21   the Order to Show Cause, which the Court filed on June 5, 2009.

22        The show cause hearing, currently scheduled for July 8, 2009, is hereby VACATED.

23        The motion to remand, which is currently noticed for hearing on July 29, 2009,  is deemed

24   under submission and will be decided based on the papers only.  Accordingly, the July 29, 2009,

25   motion hearing is also VACATED.

26

27        **IT IS SO ORDERED.**

28

     CASE NO. 5:09 CV 2340 RS
     ORDER VACATING SHOW CAUSE HEARING AND MOTION HEARING

*(left margin, vertical)* **United States District Court** For the Northern District of California

United States District Court

For the Northern District of California

1    Dated:   7/1/09

2                                        _____
                                         RICHARD SEEBORG
3                                        UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 5:09 CV 2340 RS
ORDER VACATING SHOW CAUSE HEARING AND MOTION HEARING